IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO, | 1:11-cv-00589-GBC (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| KATHLEEN ALLISON, et al, | (ECF No. 5) |
| Defendants. | |
| _____/ | |

**ORDER**

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On April 13, 2011, Plaintiff filed an application to proceed in forma pauperis, which the Court granted on April 14, 2011. (ECF Nos. 2 & 4.) Due to the fact that the Court granted Plaintiff's previous application to proceed in forma pauperis in the present case, IT IS HEREBY ORDERED THAT Plaintiff's April 13, 2011 application to proceed in forma pauperis is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   April 18, 2011

UNITED STATES MAGISTRATE JUDGE