# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>             Plaintiff,<br><br>     vs.<br><br>K. ALLISON, et al.,<br><br>             Defendants. | 1:11cv00589 LJO DLB PC<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR PROTECTIVE ORDER AND<br>TO STAY DISCOVERY<br><br>(Document 61) |

Plaintiff Bob Bejarano ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 12, 2011. This action is proceeding on Plaintiff's Second Amended Complaint for claims of retaliation against Defendants Best and Bejarano.

On February 19, 2013, Defendants filed an unenumerated Rule 12(b) motion to dismiss based on exhaustion. The motion is fully briefed and is pending before the Court.

On May 3, 2013, Defendants filed a motion for protective order and request that discovery be stayed. Plaintiff did not file an opposition.

According to Defendants, Plaintiff served Requests for Production of Documents on April 26, 2013, and Defendants now seek a protective order staying discovery and relieving them of the obligation to answer.

A motion to dismiss is pending, and therefore a discovery order has not yet issued. This means that discovery has not opened and Plaintiff may not serve discovery at this juncture absent a showing that such discovery is necessary.[1] Plaintiff has not made this showing.

Accordingly, Defendants' request for a protective order is GRANTED. Defendants are relieved of their obligation to respond to Plaintiff's April 26, 2013, discovery request at this time. If this action survives the pending motion to dismiss, the Court will open discovery by formal order after an answer is filed.

IT IS SO ORDERED.

Dated:   **May 29, 2013**                           /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The April 13, 2011, First Informational Order specifically stated that no discovery may be conducted without Court permission until an answer is filed and the Court issues a discovery order.