IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>        Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON,<br><br>        Defendants.<br>_____/ | 1:11-cv-00589-LJO-DLB (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(MOTION  #69) |

   On September 25, 2013, Plaintiff filed a motion seeking the appointment of counsel. Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

1    In this action, Plaintiff filed a notice of appeal concurrently with his request for counsel.
2 The appeal was processed to the Ninth Circuit on September 26, 2013. Accordingly, as
3 Plaintiff's case is no longer proceeding before this Court, his request is DENIED AS MOOT.
4    Plaintiff should direct any future requests for counsel to the Ninth Circuit Court of
5 Appeals.

7    IT IS SO ORDERED.
8    Dated:   **September 27, 2013**                        /s/ **Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE