# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>K. ALLISON, et al., )<br>)<br>Defendants. ) | 1:11cv00589 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>(Document 68) |

Plaintiff Bob Bejarano ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 12, 2011. The action was dismissed without prejudice on August 20, 2013.

On September 25, 2013, Plaintiff filed a notice of appeal and a request for the issuance of a certificate of appealability. Fed. R. App. P. 22(b). The requirement that a certificate of appealability be obtained in order to appeal applies to state habeas corpus proceedings and 28

U.S.C. § 2255 proceedings.  Plaintiff is not required to obtain a certificate of appealability in this action and his request is therefore DENIED.

IT IS SO ORDERED.

    Dated: __**September 27, 2013**__             /s/ *Dennis L. Beck*
                                                                      UNITED STATES MAGISTRATE JUDGE