# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOB BEJARANO, | ) | 1:11cv00589 LJO DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING IN FORMA |
| | ) | PAUPERIS STATUS ON APPEAL |
| vs. | ) | |
| | ) | |
| K. ALLISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Bob Bejarano ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 12, 2011. The action was dismissed without prejudice on August 20, 2013. Plaintiff filed a notice of appeal on September 25, 2013.

On October 1, 2013, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal, or whether the appeal is frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3).

The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: __**October 2, 2013**__   　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE