# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLISON, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00589 LJO DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR AUTHENTIFICATION OF DOCUMENTS<br><br>(Document 86) |

Plaintiff Bob Bejarano ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The Court vacated the judgment on August 28, 2015, pursuant to the Ninth Circuit Court of Appeals' decision.

The Court issued a Discovery and Scheduling Order on September 29, 2015.

On October 26, 2015, Plaintiff filed a document entitled, "Motion for Authentication of Document."  Plaintiff asks the Court to authenticate certain documents, which appear to have been provided by Plaintiff in response to Defendant Best's discovery requests.

Plaintiff's motion is DISREGARDED.  The Court will not make determinations about the authenticity of documents unless and until it becomes an issue during these proceedings.

IT IS SO ORDERED.

　　Dated:　**October 27, 2015**　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1