# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLISON, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00589 LJO DLB PC<br><br>ORDER DENYING DEFENDANTS' MOTION TO COMPEL AND REQUEST FOR SANCTIONS<br><br>(Document 97) |

Plaintiff Bob Bejarano ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court vacated the judgment on August 28, 2015, pursuant to the Ninth Circuit Court of Appeals' decision.

The Court issued a Discovery and Scheduling Order on September 29, 2015. Pursuant to the order, initial disclosures were to be served by November 13, 2015.

On December 16, 2015, Defendants filed a motion for summary judgment based on exhaustion. The Court granted Defendants' request to stay merits-based discovery on December 17, 2015.

On January 5, 2016, Defendants filed a motion to compel Plaintiff to serve his initial disclosures. Plaintiff opposed the motion on January 21, 2016, and indicated that he served his initial disclosures on or about January 18, 2016. Defendants did not file a reply.

///

///

///

1

## DISCUSSION

It appears that Plaintiff has served Defendants with his initial disclosures, albeit two months late. Defendants have not filed a reply and therefore have not informed the Court of any remaining issue.

The Court therefore DENIES Defendants' motion to compel. The Court also DENIES Defendants' request for sanctions in the amount of $680. There is no indication that Plaintiff acted in bad faith when he missed the deadline, and he explains that the oversight was unintentional and based in part on an "overload of work." ECF No. 101, at 3. Moreover, as merits-based discovery has been stayed pending the outcome of Defendants' motion, Defendants have not been prejudiced by any delay.

IT IS SO ORDERED.

Dated: **February 9, 2016**                 /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE