# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLISON, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00589 LJO DLB PC<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF DISCREPANCY<br><br>(Document 117) |

Plaintiff Bob Bejarano ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 12, 2011.

On April 28, 2016, the Court issued Findings and Recommendations regarding Defendants' motion to dismiss.

On May 16, 2016, Plaintiff filed a notice in which he questions why a magistrate judge other than the one assigned to this action signed the Findings and Recommendations. Plaintiff is advised that while specific judges are assigned to an action as a matter of Court administration, the District Court judges' referral power is general. 28 U.S.C. § 636. Therefore, even though one magistrate judge may be assigned to an action, another magistrate judge may act on an order within the action.

IT IS SO ORDERED.

    Dated:   **May 18, 2016**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

1