UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BEJARANO, | No. 1:11-cv-00589 LJO DLB PC |
| Plaintiff, | ORDER VACATING ORDER ADOPTING AND VACATING JUDGMENT |
| v. | (Documents 128 and 129) |
| BEST, et al., | ORDER DIRECTING CLERK OF COURT TO REOPEN ACTION |
| Defendants. | ORDER GRANTING PLAINTIFF'S REQUEST TO FILE LATE OBJECTIONS |
| | (Document 126) |
| | ORDER PERMITTING DEFENDANTS TO FILE REPLY WITHIN FOURTEEN DAYS |

Plaintiff Bob Bejarano ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 12, 2011, and it proceeds on his February 8, 2012, Second Amended Complaint against Defendants M. Bejarano and O. Best for retaliation in violation of the First Amendment.

On December 15, 2015, Defendants filed a motion for summary judgment for failure to exhaust. On April 28, 2016, the Magistrate Judge issued Findings and Recommendations that the motion for summary judgment be granted and that the action be dismissed without prejudice.

///

///

1

On July 22, 2016, the Court adopted the Findings and Recommendations and dismissed the action.[1]

Also on July 22, 2016, Plaintiff filed a request to file late objections, along with his objections. In his request for additional time, Plaintiff states that he attempted to make copies of his objections at the law library, but the copier was not working and he could not do so prior to the deadline.[2] Plaintiff attaches evidence to support his claim.

Accordingly, the Court (1) VACATES the July 22, 2016, order adopting the Findings and Recommendations; (2) VACATES the July 22, 2016, judgment; (3) DIRECTS the Clerk of Court to REOPEN this action; and (4) GRANTS Plaintiff's request to file late objections.

Defendants may file a reply to Plaintiff's objections within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 25, 2016**            /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE

---

[1] Plaintiff's objections were due on or before July 17, 2016.

[2] Plaintiff attaches an Inmate Request for Interview dated July 13, 2016, in which the librarian indicates that the copier was down, and that the law library would be closed for an additional two days for staff development. ECF No. 126, at 4.